**Order entered October 15, 2015**



**In The**

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-15-00621-CR

**BYRON KEITH BOOKER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-58130-U**

## ORDER

The Court **REINSTATES** the appeal.

On September 24, 2015, we ordered the trial court to make findings regarding why appellant's brief has not been filed and whether the certification of appellant's right to appeal accurately reflected the trial court proceedings. We **ADOPT** the findings that: (1) appellant has the right to appeal and an amended certification has been prepared; (2) due to the question regarding appellant's right to appeal, counsel was not originally appointed to represent appellant; (3) Michael Casillas was appointed to represent appellant on September 30, 2015; and (4) Mr. Casillas requested forty-five days to prepare appellant's brief.

We **DIRECT** the Clerk to list Michael Casillas as appellant's appointed attorney of record.

We **ORDER** appellant to file his brief within **FORTY-FIVE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.


/s/     ADA BROWN
          JUSTICE